**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ELLENA DOMINGUEZ,

Plaintiff, CASE NO.

v.

OLIPHANT FINANCIAL CORPORATION,

Defendant.
_______________________________________/

**VERIFIED COMPLAINT**

COMES NOW the Plaintiff, ELLENA DOMINGUEZ ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, OLIPHANT FINANCIAL CORPORATION ("Defendant"), alleges and affirmatively states as follows:

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."
3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.
4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Las Vegas, Clark County, Nevada and is obligated or allegedly obligated to pay a debt and is a “consumer” as that term is defined by 15 U.S.C. 1692a(3).
6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Lakewood Ranch, FL.
7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.
8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Defendant places telephone calls to Plaintiff in attempts to collect an alleged debt arising from transactions for personal, family, and/or household purposes.
10. Defendant places calls from numbers including, but not limited to, 866-227-0955.
11. On or around 1:30pm on January 15, 2014, Defendant’s representative, “Kent,” placed a phone call to Plaintiff’s place of employment at telephone number 702-361-53XX.
12. During the course of the telephone call on or around January 15, 2014, Plaintiff stated to Defendant’s representative, “Kent,” that the phone number called was for Plaintiff’s place of employment, and that Plaintiff could not receive calls at her place of employment.

13. On or around January 21, 2014, Defendant's representative, "Kent," placed another phone call to Plaintiff's place of employment.

14. Plaintiff was not available and Defendant's representative, "Kent," left a message for Plaintiff with Plaintiff's co-worker.

15. On or around 11:00am on January 22, 2014, Defendant's representative, "Kent," placed another phone call to Plaintiff's place of employment.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

16. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:
    a. Defendant violated §1692c(a)(3) of the FDCPA by contacting Plaintiff at her place of employment despite knowing or having reason to know that Plaintiff's employer prohibits such calls.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

18. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k;

19. Any other relief that this court deems to be just and proper.

Date: May 9, 2014

RESPECTFULLY SUBMITTED,

By: ______________________

Shireen Hormozdi
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 405
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax: (866) 861-1390
Attorney for Plaintiff
FBN: 0882461